IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN,   ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>                    Defendants. | Case No. 3:20-cv-01358-E |

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' EIGHTH NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF THEIR OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION**

Plaintiffs Jason Coleman and Jessica Casey ("Plaintiffs"), on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, move for leave to file the attached *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*. *See* Exhibit A. Defendants do not oppose this motion.

Defendants moved to compel arbitration on June 22, 2020. (ECF No. 66). Plaintiffs responded on July 13, 2020. (ECF No. 70). Defendants replied on July 27, 2020. (ECF No. 71).

Plaintiffs previously filed seven motions for leave to file notices of supplemental authority related to Defendants' motion to compel individual arbitration (ECF No. 72, 76, 81, 87, 91, 95, 108), which the Court granted (ECF Nos. 73, 77, 82, 88, 92, 96, 110), were entered on the

docket (ECF No. 74, 78, 83, 89, 93, 97, 112), and Defendants responded to (ECF No. 75, 79, 86, 90, 94, 98, 113).

On February 9, 2023, the Tenth Circuit Court of Appeals entered an opinion in *Harrison v. Envision Management Holding, Inc. Board of Directors*, 2023 U.S. App. LEXIS 3144, 2023 WL 1830446, No. 22-1098 (10th Cir. Feb. 9, 2023). *See* Exhibit 1 to *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*. This opinion involves issues raised by Defendants' motion to compel arbitration in this case, including whether ERISA §§ 409(a) and 502(a)(2) authorize plan-wide relief, or instead, as Defendants incorrectly argue, they may be read to authorize a remedy limited to losses to a single participant's defined contribution plan account even where a breach of ERISA caused greater losses to the plan and to other participants' plan accounts. 29 U.S.C. §§ 1109(a), 1132(a)(2).

Because Plaintiffs believe the opinion in *Harrison* will assist the Court in ruling on *Defendants' Motion to Compel Individual Arbitration*, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*.

Dated: February 13, 2023						Respectfully submitted,


						By: */s/ Thomas R. Ajamie*
						Thomas R. Ajamie
						Texas Bar No. 00952400
						John S. "Jack" Edwards, Jr.
						Texas Bar No. 24040851
						**AJAMIE LLP**
						Pennzoil Place - South Tower
						711 Louisiana, Suite 2150
						Houston, TX  77002
						Tel: (713) 860-1600
						Fax: (713) 860-1699
						tajamie@ajamie.com
						jedwards@ajamie.com

						J. Douglas Uloth
						Texas Bar No. 20273700
						Of Counsel
						**AJAMIE LLP**
						5080 Spectrum Drive, Suite 1000 East
						Addison, TX  75001-4648
						Tel: (469) 791-0411
						Fax: (888) 780-5946
						douguloth@ulothlaw.com

						Gregory Y. Porter (*pro hac vice*)
						Ryan T. Jenny (*pro hac vice*)
						James Kauffman (*pro hac vice*)
						Alexandra Langley Serber (*pro hac vice*)
						**BAILEY & GLASSER LLP**
						1055 Thomas Jefferson St., NW, Suite 540
						Washington, DC  20007
						Tel: (202) 463-2101
						Fax: (202) 463-2103
						gporter@baileyglasser.com
						rjenny@baileyglasser.com
						jkauffman@baileyglasser.com
						aserber@baileyglasser.com

						*Attorneys for Plaintiffs Jason Coleman & Jessica Casey*

**CERTIFICATE OF CONFERENCE**

On February 13, 2023, I personally discussed by email the relief requested in Plaintiffs' motion to for leave to file Plaintiffs' eighth notice of supplemental authority with (1) Lindsay Camp, counsel for Defendants Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Nick Bouras, Sterling Investment Partners III, L.P., Nicole Petersen 2012 Irrevocable Trust, and Brooke Peterson 2012 Irrevocable Trust; and (2) Peter Allport, counsel for Defendant Neil Brozen.  Both stated that the defendants in this case are not opposed to the relief sought in this motion as long as they can respond to the notice of supplemental authority.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John S. "Jack" Edwards, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　John S. "Jack" Edwards, Jr.

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas R. Ajamie*
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. Ajamie

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN,  ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>Defendants. | Case No. 3:20-cv-01358-E |

ORDER GRANTING
MOTION FOR LEAVE TO FILE
PLAINTIFFS' EIGHTH NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF THEIR OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION

After considering Plaintiffs' Motion for Leave to File Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration, the Court:

GRANTS *Plaintiffs' Motion for Leave to File Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*;

ORDERS that *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration* is deemed filed as of the date of this order; and

ORDERS that Defendants may respond to *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration* within ten days of the date of this order.

_____
U.S. District Judge