IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN,　ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-01358-E |

ORDER GRANTING
MOTION FOR LEAVE TO FILE
PLAINTIFFS' EIGHTH NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF THEIR OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION

After considering Plaintiffs' Motion for Leave to File Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration, the Court:

GRANTS *Plaintiffs' Motion for Leave to File Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*;

ORDERS that *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration* is deemed filed as of the date of this order; and

ORDERS that Defendants may respond to *Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration* within ten days of the date of this order.

_____
U.S. District Judge