IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON COLEMAN and JESSICA CASEY on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:18-CV-01358-E |

## **ORDER**

Before the Court are: (1) Plaintiffs Jason Coleman and Jessica Casey's—on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated—(collectively, "Plaintiffs") Motion for Leave to File Plaintiffs' Eighth Notice of Supplemental Authority in Further Support of their Opposition to Defendants' Motion to Compel Individual Arbitration, (Doc. 120); and (2) Plaintiffs' Motion for Leave to File Plaintiffs' Ninth Notice of Supplemental Authority in Furtherance of their Opposition to Defendants' Motion to Compel Individual Arbitration, (Doc. 122). The motions are hereby **GRANTED**. The Clerk of Court is hereby **DIRECTED** to file into the record: (1) Plaintiffs' Eighth Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Compel Individual Arbitration, (Doc. 120-1, 120-2); and (2) Plaintiffs' Ninth Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Compel Arbitration, (Doc. 122-1, 122-

2). Defendants may a single joint response to Plaintiffs' eighth and ninth notices of supplemental authority; **any such response shall be filed no later than Friday, May 19, 2023, at 5:00 pm.** Defendants' Motion to Compel Individual Arbitration, (Doc. 66), is currently before the Court, and any further motions for leave to file supplemental authority shall be disfavored.

    **SO ORDERED:** May 15, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE