IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-01358-E |

ORDER GRANTING
MOTION FOR LEAVE TO FILE
PLAINTIFFS' TENTH NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF THEIR OPPOSITION TO
<u>DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION</u>

After considering *Plaintiffs' Motion for Leave to File Plaintiffs' Tenth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*, the Court:

GRANTS *Plaintiffs' Motion for Leave to File Plaintiffs' Tenth Notice of Supplemental Authority in Further Support of Their Opposition to Defendants' Motion to Compel Individual Arbitration*;

ORDERS that *Plaintiffs' Tenth Notice of Supplemental Authority* is deemed filed as of the date of this order; and

ORDERS that Defendants may respond to *Plaintiffs' Tenth Notice of Supplemental Authority* within ten days of the date of this order.

 

_____
U.S. District Judge