IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEIL M. BROZEN, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:20-cv-01358-E |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A TENTH NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION

Plaintiffs have filed a tenth request for leave to file a notice of supplemental authority to advise the Court of an additional out-of-circuit court decision that allegedly supports their previously made argument that the Plan's arbitration provision is void as a prospective waiver of ERISA statutory rights and remedies. [ECF No. 128]. Defendants oppose this Motion on the grounds that the Court has previously stated that "any further motions for leave to file supplemental authority shall be disfavored." [ECF No. 123 at pp. 2].

If the Court is inclined to grant Plaintiffs' Motion, Defendants respectively request leave to file a response to Plaintiffs' Tenth Notice of Supplemental Authority within ten (10) days of Plaintiffs' filing.

1

Dated: July 11, 2023                                    Respectfully submitted,

| | |
|---|---|
| By: /s/ Micah R. Prude<br>Micah R. Prude<br>Texas Bar No. 24051216<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 969-1700<br>Facsimile: (214) 969-1751<br>Email: Micah.Prude@hklaw.com<br><br>Todd D. Wozniak (admitted *pro hac vice*)<br>todd.wozniak@hklaw.com<br>**HOLLAND & KNIGHT, LLP**<br>Regions Plaza<br>1180 West Peachtree Street NW<br>Atlanta, Georgia 30309<br>Telephone: (404) 817-8500<br>Facsimile: (404) 881-0470<br><br>*ATTORNEYS FOR DEFENDANTS ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, AND BROOKE PETERSON 2012 IRREVOCABLE TRUST* | By: */s/ Nicole Figueroa (with permission)*<br>Nicole Figueroa<br>Texas Bar No. 24069716<br>**MCDERMOTT WILL & EMERY LLP**<br>2501 N. Harwood St., Ste 1900<br>Dallas, Texas 75201<br>Tel: (214) 295-8062<br>nfigueroa@mwe.com<br><br>J. Christian Nemeth (admitted *pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>444 West Lake Street<br>Chicago, Illinois 60606<br>Tel: (312) 984-3292<br>jcnemeth@mwe.com<br><br>Peter B. Allport (admitted *pro hac vice*)<br>**LEVIN SCHREDER & CAREY, Ltd.**<br>120 North LaSalle Street, Floor 38<br>Chicago, Illinois 60602<br>Tel: (312) 332-6300<br>pallport@lsclaw.com<br><br>*ATTORNEYS FOR DEFENDANT NEIL M. BROZEN* |

## **CERTIFICATE OF SERVICE**

This certifies that on this 11th day of July, 2023, a true and correct copy of the foregoing has been served on all counsel of record through the Court's CM/ECF system.

/s/ Micah R. Prude
Micah R. Prude