IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>        Defendants. | Civil Action No. 3:20-CV-01358-E |

## ORDER LIFTING STAY

On June 24, 2020, this Court issued an Order, (ECF No. 68), staying this case pending adjudication of Defendants' Motion to Compel Individual Arbitration, (ECF No. 66). On July 12, 2023, the Court issued a Memorandum Opinion and Order denying the Motion to Compel Individual Arbitration. (ECF No. 130). Accordingly, the Court hereby **LIFTS** the stay of this case.

The parties are hereby **ORDERED** to meet and confer and file a Joint Status report. The Court directs the Parties to its Standard Forms, Attachment 1: Sample Joint Discovery/Case Management Plan Under Federal Rule of Civil Procedure Rule 26(f), which can be found on the Court's Northern District of Texas website at www.txnd.uscourts.gov/judge/judge-ada-brown. The Joint Status Report shall be filed no later than **Wednesday, August 2, 2023, at 5:00 pm.**

**SO ORDERED:** July 12, 2023.

                                                            Ada Brown
                                                            UNITED STATES DISTRICT JUDGE