IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | § § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:20-cv-01358-E |
| v. | § § | |
| NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST, | § § § § § § § § § § | |
| *Defendants*. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 12, 2023 [ECF No. 131], the Parties submit this Joint Status Report and respectfully advise the Court that one or more of the Defendants will be appealing the Court's July 12, 2023 Order denying Defendants' Motion to Compel Individual Arbitration. [ECF No. 130]. The Notice of Appeal, which is due to be filed on August 11, 2023, will automatically stay all proceedings in this matter. *See, e.g., Coinbase, Inc. v. Bielski*, Case No. 22-105, __ S.Ct. __, 2023 WL 4138983, at *5, 7 (U.S. June 23, 2023).

Notwithstanding the automatic stay in this case, the Parties have agreed that Plaintiffs may participate in any court ordered mediation in the related *Walsh v. Peterson, et al.*, Case No. 3:22-cv-01869-E (N.D. Tex.) action.

1

Dated: August 2, 2023                                   Respectfully submitted,

/s/ *Micah R. Prude*                                    By: */s/ Nicole Figueroa (with permission)*
Micah R. Prude                                          Nicole Figueroa
Texas Bar No. 24051216                                  Texas Bar No. 24069716
**HOLLAND & KNIGHT LLP**                                **MCDERMOTT WILL & EMERY LLP**
One Arts Plaza                                          2501 N. Harwood St. Ste 1900
1722 Routh Street, Suite 1500                           Dallas, Texas 75201
Dallas, Texas 75201                                     Tel: (214) 295-8062
Telephone: (214) 969-1700                               nfigueroa@mwe.com
Facsimile: (214) 969-1751
Email: Micah.Prude@hklaw.com                            J. Christian Nemeth (admitted *pro hac vice*)
                                                        **MCDERMOTT WILL & EMERY LLP**
Todd D. Wozniak (*admitted pro hac vice*)               444 West Lake Street
todd.wozniak@hklaw.com                                  Chicago, Illinois 60606
HOLLAND & KNIGHT, LLP                                   Tel: (312) 984-3292
Regions Plaza                                           jcnemeth@mwe.com
1180 West Peachtree Street NW
Atlanta, Georgia 30309                                  Peter B. Allport (admitted *pro hac vice*)
Telephone: (404) 817-8500                               **LEVIN SCHREDER & CAREY, Ltd.**
Facsimile: (404) 881-0470                               120 North LaSalle Street, Floor 38
                                                        Chicago, Illinois 60602
                                                        Tel: (312) 332-6300
*ATTORNEYS FOR DEFENDANTS*                              pallport@lsclaw.com
*ROBERT PETERSON, JR., VASILIA*
*PETERSON, MIKE PAXTON, NICK*
*BOURAS, STERLING INVESTMENT*                           *ATTORNEYS FOR DEFENDANT NEIL M.*
*PARTNERS III, L.P., NICOLE*                            *BROZEN*
*PETERSON 2012 IRREVOCABLE*
*TRUST, AND BROOKE PETERSON 2012*
*IRREVOCABLE TRUST*

By: */s/ Thomas R. Ajamie*
Thomas R. Ajamie
Texas Bar No. 00952400
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
**AJAMIE LLP**
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

J. Douglas Uloth
Texas Bar No. 20273700
Of Counsel
**AJAMIE LLP**
5080 Spectrum Drive, Suite 1000 East
Addison, TX 75001-4648
Tel: (469) 791-0411
Fax: (888) 780-5946
douguloth@ulothlaw.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
James Kauffman (*pro hac vice*)
Alexandra Langley Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St., NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
jkauffman@baileyglasser.com
aserber@baileyglasser.com

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

This certifies that on this 2nd day of August, 2023, a true and correct copy of the foregoing has been served on all counsel of record through the Court's CM/ECF system.

/s/Micah R. Prude

4