IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEIL M. BROZEN, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:20-cv-01358-E |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Nick Bouras, Sterling Investment Partners III, L.P., Nicole Peterson 2012 Irrevocable Trust, Brooke Peterson 2012 Irrevocable Trust, and Neil M. Brozen hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order denying the Defendants' Motion to Compel Individual Arbitration, which is contained in the Memorandum Opinion and Order [ECF No. 130] entered July 12, 2023. Appeal of the District Court's Order denying Defendants' Motion to Compel Individual Arbitration is authorized by 9 U.S.C. § 16.

Dated:  August 11, 2023

Respectfully submitted,

By: /s/ *Micah R. Prude*
Micah R. Prude
Texas Bar No. 24051216
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751
Email: Micah.Prude@hklaw.com

Todd D. Wozniak (admitted *pro hac vice*)
todd.wozniak@hklaw.com
**HOLLAND & KNIGHT, LLP**
Regions Plaza
1180 West Peachtree Street NW
Atlanta, Georgia 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470

*ATTORNEYS FOR DEFENDANTS ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, AND BROOKE PETERSON 2012 IRREVOCABLE TRUST*

By: */s/ Nicole Figueroa (with permission)*
Nicole Figueroa
Texas Bar No. 24069716
**MCDERMOTT WILL & EMERY LLP**
2501 N. Harwood St., Ste 1900
Dallas, Texas 75201
Tel: (214) 295-8062
nfigueroa@mwe.com

J. Christian Nemeth (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street
Chicago, Illinois 60606
Tel: (312) 984-3292
jcnemeth@mwe.com

Peter B. Allport (admitted *pro hac vice*)
**LEVIN SCHREDER & CAREY, Ltd.**
120 North LaSalle Street, Floor 38
Chicago, Illinois 60602
Tel: (312) 332-6300
pallport@lsclaw.com

*ATTORNEYS FOR DEFENDANT NEIL M. BROZEN*

2

## CERTIFICATE OF SERVICE

      This certifies that on this 11th day of August, 2023, a true and correct copy of the foregoing has been served on all counsel of record through the Court's CM/ECF system.

/s/ *Micah R. Prude*
Micah R. Prude
