# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 16, 2024

No. 23-10832

Lyle W. Cayce
Clerk

---

JASON COLEMAN, *on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated*; JESSICA CASEY, *on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of aa class of all other persons similarly situated*,

*Plaintiffs—Appellees*,

*versus*

NEIL M. BROZEN; ROBERT PETERSON, JR.; VASILIA PETERSON; MIKE PAXTON; STERLING INVESTMENT PARTNERS III, L.P.; NICK BOURAS; NICOLE PETERSON 2012 IRREVOCABLE TRUST; BROOKE PETERSON 2012 IRREVOCABLE TRUST,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-1358

---

ORDER:

IT IS ORDERED that the joint motion to hold proceedings in abeyance pending an approved settlement in the District Court is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals

for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10832   Coleman v. Brozen
                      USDC No. 3:20-CV-1358

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Peter Allport
Ms. Gerin Brendan Ballard
Ms. Lindsey Camp
Mr. Daniel Joseph Colbert
Mr. John Saul Edwards Jr.
Ms. Nicole Figueroa
Mr. Ryan T. Jenny
Mr. Michael Branch Kimberly
Ms. Karen S. Mitchell
Mr. John Christian Nemeth
Ms. Rachana Pathak
Mr. Gregory Y. Porter
Mr. Micah Randall Prude
John Stokes
Mr. Peter K. Stris
Mr. Todd David Wozniak