# Exhibit 4

**BAILEY GLASSER** LLP

# ERISA, Employee Benefits & Trust Litigation

"Thank you for all you did to make this happen. I truly appreciate all the time and effort you put into this. I learned so much along the way. I have had a few other former employees reach out and they are also so appreciative of all you did. It is such a good feeling to have justice served for something that was so wrong. Again, many thanks!"

Client Testimonial from 2022 ESOP Litigation Settlement

Bailey Glasser handles class actions and high stakes individual actions involving employee pension benefits—including employee stock ownership plans (ESOPs), 401(k) plans and other defined contribution or individual account plans, and traditional defined benefit pension plans—and trust litigation involving family and other private trusts. Our employment benefits attorneys litigate these actions throughout the United States under the federal employee benefits law known as the Employee Retirement Income Security Act (ERISA) and under state trust law.

Our clients include employees, former employees, retirees, and trust beneficiaries, as well as businesses and other professionals victimized by fraud, investment mismanagement, hidden and undisclosed fees, and illegal benefit cutbacks. Our employee benefits lawyers have recovered hundreds of millions of dollars for our clients in litigation claiming breaches of fiduciary duty, prohibited transactions, and other violations of the law. Our fiduciary duty practice also includes claims in the growing area of ERISA welfare benefit plan litigation, such as claims challenging systematic denials of treatments under medical plans under policies that violate ERISA.

Our work has received national attention and awards. Gregory Porter, our Practice Group Leader, has received the top ranking (Band One) for his ERISA work by the global legal ranking company Chambers & Partners, and the Practice Group is Chambers ranked as well on the national level. The group as a whole is also on the *Best Law Firms* National Tier for ERISA litigation, as well as Tier One in Washington, D.C. for the same practice.

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

## ESOPs

Bailey Glasser focuses on ESOPs that invest in private companies. Federal pension law provides generous tax subsidies to shareholders and companies that sell their stock to an ESOP. In exchange for these tax benefits, federal law requires that an independent trustee decides whether the stock transaction should happen. Independent trustees are supposed to act like a hypothetical prudent buyer in the market for a private company. Unfortunately, in our experience, these trustees do not conduct adequate due diligence, do not have a sophisticated understanding of corporate transactions, and are more interested in collecting trustee fees paid by the employer than doing their job.

The U.S. Department of Labor has long identified ESOPs as an enforcement priority due to rampant abuses by plan service providers, and the firm has worked closely with the DOL on lawsuits. Bailey Glasser's ESOP practice strives to obtain real money for our clients and create real changes in the industry.

## Multi-Trust Class Actions

Bailey Glasser's ERISA lawyers have deep experience with complex, multi-plan class actions involving esoteric trading practices and opaque financial products. We represented hundreds of retirement plans in class actions against major financial institutions engaged in conflicted and imprudent securities lending practices that cost the plans millions. In one such case, against Northern Trust Company in Chicago federal court, we recovered $36 million for our clients. We also successfully prosecuted a complex, unlawful tax-fee against BNY Mellon on behalf of thousands of family trusts, ultimately recovering millions for our clients. Currently, we are prosecuting an ERISA class action against Intel Corp. involving poor performing hedge funds and private equity investments.

## 401(k) Plans

Bailey Glasser has a long history of representing employees and retirees harmed by hidden or excessive fees, or imprudent investments, in their 401(k) plans. Our experienced team understands the various ways financial-services companies can profit from workers' hard-earned retirement savings. We have successfully litigated at all levels, including the United States Supreme Court, recovered over $100 million on behalf of our clients, and provided meaningful improvements to retirement plans across the country.

**BAILEY GLASSER** `LLP`

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

## Pension Plans

Our team represents plan participants and beneficiaries in claiming the benefits that they were promised, and earned, under the written terms of their pension plans. In addition, plan sponsors are prohibited by law from amending qualified plans to decrease participants' "accrued benefits" and from eliminating or reducing certain "protected benefits." We have attorneys experienced in "anti-cutback rule" litigation. Bailey Glasser has recently been spearheading litigation alleging that actuarial assumptions used to determine optional forms of benefits or early retirement benefits are outdated. We are seeking losses to participants caused by use of outdated actuarial assumptions that cause benefits to be paid that are not actuarially equivalent to the annual monthly benefit (typically expressed as a single life annuity) payable at normal retirement age.

## Long-Term Disability

More than 11 million people in the U.S. who have had COVID struggle with serious long-term health impacts that prevent them from working as they once did (long COVID). Other professionals may have compromised immune systems that require them to stay home to avoid potential COVID exposure as a matter of life and death. Many of these impacted individuals have long-term disability coverage through their company insurance policies that are governed by ERISA (the Employee Retirement Income Security Act) that could financially assist them through these difficult times. Our COVID-19 Long-Term Disability team fights for benefits you may be entitled to receive. For more about our long-term disability work, please visit here.

### Active Cases

Bandit Industries Employee Stock Ownership Plan

Buckeye Corrugated, Inc. Employee Stock Ownership Plan

Morton Buildings, Inc. Leveraged ESOP Case

### Experience

## Making the Law

- Won a unanimous decision in the United States Supreme Court in *Sulyma v. Intel Corp*, a case brought on behalf of participants in Intel's 401(k) plan concerning alleged imprudent investments

**BAILEY GLASSER** LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

in several of the Plan's investment options. The Supreme Court decision set new standards for ERISA's statute of limitations.

- Won a $30 million trial judgment in *Brundle v. Wilmington Trust*, a case involving multiple breaches of duty by the trustee and complex valuation issues in an ESOP transaction; won a complete affirmance by the US Court of Appeals for the Fourth Circuit, establishing new law on ESOPs that has been cited nationwide.
- Obtained a precedent-setting decision by the US Court of Appeals for the Seventh Circuit in *Allen v. GreatBanc Trust Co.*, which established important pleading standards in ESOP cases.
- Obtained groundbreaking order that ESOP-owned company's indemnification of ESOP trustee violated ERISA in *McMaken v. Chemonics*.

## ESOPs

- On behalf of participants in the McBride & Sons ESOP, we reached a $16.5 million settlement over claims related to the ESOP between 2013 and 2017. *Godfrey v. GreatBanc Trust Co.*
- Won a $30 million trial judgment in *Brundle v. Wilmington Trust*, a case involving multiple breaches of duty by the trustee and complex valuation issues in an ESOP transaction; won a complete affirmance by the US Court of Appeals for the Fourth Circuit, establishing new law on ESOPs that has been cited nationwide.
- Settled an ESOP lawsuit for $19.5 million, in *Jessop v. Larsen*, working closely with the US Department of Labor; yielded an average class member recovery of over $30,000
- Recovered $19.5 million for ESOP participants just before trial. *Choate v. Wilmington Trust*
- Recovered $12 million for ESOP participants after one-week trial. *Nistra v. Reliance Trust*
- Recovered $6.25 million for ESOP participants. *Casey v. Reliance Trust*
- Recovered $5 million for ESOP participants even though plaintiffs had signed releases. *Fiorito v. Wilmington Trust*

## 401(k) Plans

- Reached a $15 million settlement following allegations that 401(k) plan fiduciaries should have removed former employer company stock from their newly created plan as part of ERISA's duties of prudence and diversification. *Snider v. Administrative Committee of Seventy Seven Energy, Inc. Retirement & Savings Plan*
- Recovered $17 million for plan participants from Neuberger Berman in case alleging imprudent investment in proprietary fund. *Bekker v. Neuberger*
- Settled a lawsuit against Franklin Templeton for $26 million where the plaintiffs alleged that Franklin Templeton stuffed its own employee 401(k) plan with Franklin Templeton mutual funds

**BAILEY GLASSER** LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

despite a conflict of interest. *Cryer v. Franklin*

- Settled a lawsuit against Fidelity Investments for $12 million where the plaintiffs alleged that Fidelity stuffed its own employee 401(k) plan with Fidelity mutual funds. *Bilewicz v. Fidelity*

## Pensions Plans

- Reached a $59.14 million settlement with Raytheon which centered on participants' allegations that several Raytheon-sponsored pension plans were providing JSAs and PSAs that were not the actuarial equivalent of a single-life annuity. *Cruz v. Raytheon Co.*
- Secured a $2.8 million settlement on behalf of nearly 2,000 participants in the Huntington Ingalls Industries, Inc. Newport News Operations Pension Plan based on allegations that the Plan's calculation of benefits for participants with joint survivor annuities failed to provide benefits "actuarially equivalent" to single-life annuities. *Herndon v. Huntington Ingalls Industries Inc.*

## Multi-Trust Financial Class Actions

- Settled a complex securities lending action for $36 million against Northern Trust on behalf of hundreds of retirement plans across the country. *Diebold v. Northern Trust*
- Obtained class certification of hundreds of retirement plans in complex securities lending that settled for $10 million. *Glass Dimensions v. State Street*
- Settled a multi-state class action against BNY Mellon for $10 million on behalf of hundreds of private family trusts who had been charged hidden fees. *Henderson v. BNY Mellon*
- Prosecuting multi-plan class action alleging imprudent investments in hedge funds and private equity that cost plans billions of dollars. Won groundbreaking case in Supreme Court that allowed case to proceed. *Sulyma v. Intel Corp.*

### News & Insights

Bailey Glasser Named to Best Law Firms 2025 List
11.27.2024

Partner Mark Boyko Wins Seat in Missouri House of Representatives
11.07.2024

ERISA Team Protects Retirees from Boilerplate Arbitration Demand
10.02.2024

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Bailey Glasser Defeats Motion to Dismiss in $100 Million ERISA Action
09.23.2024

Bailey Glasser Attorneys Named to Best Lawyers in America Lists
08.19.2024

Bailey Glasser Partners Named to 2024 Lawdragon 500 Leading Civil Rights Lawyers
07.29.2024

Federal Appeals Court Reinforces Protection for Worker Class Action Rights in ESOP Action
07.15.2024

Bailey Glasser Receives Top Chambers & Partners Rankings in 2024
06.14.2024

Bailey Glasser Defeats Motion to Dismiss in Schwab Managed 401(k) Action
06.06.2024

Federal Appeals Court Protects Worker Class Action Rights, Rejecting Demands for Individual Arbitrations
05.09.2024

BG Files Amicus Brief on Behalf of Military Veterans
04.11.2024

Bailey Glasser Wins Partial Summary Judgment in Symbria ESOP Litigation
04.08.2024

BG ESOP Lawsuit Noted in the New York Times
02.12.2024

ERISA Partner Mark Boyko Quoted in Law360 on 401(k) Forfeiture Case
02.06.2024

BG Defeats Attempt to Dismiss Federal Class Action ESOP Lawsuit
02.01.2024

Bailey Glasser's 2023 In Review
01.30.2024

ERISA Partner Patrick Muench a Panelist on ABA's ERISA Litigation Virtual Webinar
12.11.2023

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Bailey Glasser Named to "Best Law Firms in America" List
11.17.2023

Bailey Glasser Lawyers Named To *The Best Lawyers in America & Best Lawyers: Ones To Watch* 2024 Guides
08.17.2023

New York Federal Judge Recommends Class Action Against Metropolitan Life Proceed
03.21.2023

Partner Mark Boyko Quoted in Law 360
02.17.2023

Bailey Glasser Named to National and Regional "Best Law Firms in America" Lists
11.07.2022

Settlement Announced in McBride ESOP Litigation
05.24.2022

Bailey Glasser Reaches $15 Million ERISA Settlement On Behalf Of Workers and Retirees of Seventy Seven Energy Corporation
04.21.2022

BG Client Alert - Pandemic-Era Requests for Workplace Accommodations by Caregivers: Navigating Employer Liability Under New EEOC Guidance and Applicable Law
03.16.2022

ERISA Claims Against ESOP Trustee and Selling Shareholder Survive Motion to Dismiss
02.04.2022

Bailey Glasser Defeats Motion to Compel Arbitration; Employee Stock Ownership Plan Lawsuit Moves Forward in New York
11.09.2021

Judge Allows Claims Against ESOP Trustee To Go Forward
11.02.2021

Bailey Glasser ERISA Team Defeats Motion to Dismiss ESOP Lawsuit Pursuant to Arbitration Clause
09.13.2021

Bailey Glasser Seeks Approval of $5.5 million ESOP Settlement
06.03.2021

**BAILEY GLASSER** LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Bailey Glasser Files Complaint on Behalf of Participants in World Travel Inc. ESOP
05.14.2021

Bailey Glasser Files Complaint on Behalf of Participant in Tharanco Group ESOP
04.30.2021

Bailey Glasser Receives Preliminary Approval on $59 Million Settlement to End ERISA Suit with Raytheon
02.25.2021

Settlement Announced in Raytheon Pension Suit
02.13.2021

Bailey Glasser Files Complaint on Behalf of Participant in EYP ESOP
01.27.2021

Bailey Glasser ERISA Team Files Amicus Curiae Brief for Public Justice
01.25.2021

Bailey Glasser Seeks Approval of $5 million ESOP Settlement
01.20.2021

Patrick Muench Speaking at ABA ERISA Virtual Program
01.14.2021

Bailey Glasser Announces Promotions for 2021
12.31.2020

Gregory Porter Speaking at ABA ERISA Virtual Program
12.15.2020

Bailey Glasser Secures Record $17 million For Retirement Plan Savers
12.02.2020

Bailey Glasser Files ERISA Class Action Lawsuit Against ESOP Trustee Argent Trust Co.
12.01.2020

Gregory Porter Speaking at ERISA Litigation Virtual Conference
11.10.2020

Judge Allows Claims Against ESOP Trustee Argent Trust Co. To Go Forward Because Plaintiffs Demonstrated Viable Claims
11.04.2020

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Bailey Glasser Receives Final Approval on $19.5 Million Settlement with Wilmington Trust to End ERISA Class Action
10.02.2020

Judge Allows ERISA Class Action Against Huntington Ingalls to Proceed to Trial
09.30.2020

First In The Nation Actuarial Equivalence Case Moves Toward Trial
08.31.2020

McBride & Son Executives Must Face Lawsuit Alleging They Ripped Off Their Own Employees in Selling Themselves the Employee Owned Company at a Steep Discount
08.25.2020

Bailey Glasser Lawyers Named to 2021 Best Lawyers
08.20.2020

Bailey Glasser Seeks Final Approval of $19.5 Million ESOP Settlement with Wilmington Trust
08.17.2020

Fourth Circuit Overturns Ruling from District Court in Gannett Company ERISA Case
08.11.2020

Bailey Glasser Receives Final Approval on $6.25 Million Settlement with Reliance Trust to End ERISA Class Action
08.06.2020

Bailey Glasser Defeats Motions To Dismiss And Transfer On Behalf Of Nation Safe Drivers Employees
07.21.2020

Bailey Glasser Receives Final Approval for $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
06.23.2020

Bailey Glasser Defeats Motion To Dismiss On Behalf of St. Luke's Health System Employees
06.23.2020

Mark Boyko Speaking at ABA Webinar Series
06.12.2020

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Bailey Glasser Announces $17 Million Settlement With Neuberger Berman To End ERISA Class
Action
06.10.2020

Bailey Glasser Announces $19.5 Million Settlement With Wilmington Trust To End ERISA Class
Action
04.17.2020

Bailey Glasser Announces $6.25M Settlement With Reliance Trust Co. To End ERISA Class Action
Lawsuit
03.18.2020

Bailey Glasser Named Legal Lions of the Week by *Law360*
03.09.2020

Judge Allows ERISA Class Action Against Huntington Ingalls to Proceed
02.21.2020

Judge Allows ERISA Class Action Against Rockwell Automation to Proceed
02.14.2020

Gregory Porter Speaking at ABA Employee Benefits Committee Meeting
02.07.2020

Bailey Glasser Announces Promotions for 2020
02.04.2020

ERISA Class Action Lawsuit Against Partners Healthcare Moves Forward
01.31.2020

Judge Approves $5 Million Settlement in Wilmington Trust ESOP Lawsuit
01.27.2020

Judge Approves $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
01.15.2020

Mark Boyko Speaking at ABA Employees Benefits Symposium
01.17.2020 – 01.18.2020

Law360 Quotes Mark Boyko on Recent ERISA Related Cases Before US Supreme Court
01.09.2020

Law360 Quotes Mark Boyko on Ninth Circuit Decision to Compel Arbitration
12.27.2019

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

US District Court Grants Class Certification in Choate v. Wilmington Trust
12.12.2019

Bailey Glasser Announces $2.4 Million Settlement With Allina Health To End ERISA Class Action
11.07.2019

Bailey Glasser Defeats Motion To Dismiss On Behalf of McBride & Sons Employees
10.02.2019

Bailey Glasser Wins Summary Judgment in Employee Stock Ownership Plan Dispute
08.23.2019

Bailey Glasser Attorney Gregory Porter Quoted on Groundbreaking ERISA 401(k) Arbitration Ruling
08.22.2019

Bailey Glasser Representing Pensioners in American Airlines ERISA Suit
08.13.2019

Bailey Glasser's ERISA Team Breaks New Ground
07.08.2019

Law360 Quotes Mark Boyko On The Third Circuit Court of Appeal's Decision On ERISA Suit
06.21.2019

Law360 Quotes Mark Boyko on Supreme Court's Decision to Review ESOP Case
06.05.2019

Neuberger Berman Employees Notch Win In 401(k) Self-Dealing Lawsuit
05.10.2019

Bailey Glasser Wins Key Motion in Employee Stock Ownership Plan Dispute
04.03.2019

Bailey Glasser Secures Appellate Win in Employee Stock Ownership Plan Dispute
03.25.2019

Monavie – Jessop v. Larson Settlement
08.06.2018

Bailey Glasser ERISA Team Defeats Motion to Compel Arbitration of ESOP Lawsuit
07.25.2018

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

All My Sons Moving & Storage Lawsuit Claims Employees 'Fleeced' By ESOP Charade
07.02.2018

Franklin Templeton Employees Expand Claims Involving Company 401(k) Plan
04.11.2018

Edward Jones Employees Score In Case Involving Company 401(k) Plan
03.28.2018

401(k) Participants Survive Motion to Dismiss ERISA Case Against Providence Health
03.23.2018

Bailey Glasser Defeats Motion Disputing Constitutional Standing of ESOP Participants
02.21.2018

Bailey Glasser Wins Class Certification on Behalf of The Bradford Hammacher Group, Inc. Employee Stock Ownership Plan's Participants
02.19.2018

Federal Judge Certifies Class in Citigroup 401(k) ERISA Case
11.27.2017

Federal Judge Approves $5 Million Settlement In ERISA Case Against TIAA
10.24.2017

Phillips 66 Retirees Sue Over Investment Offerings
10.16.2017

Gregory Porter Presenting at ERISA Litigation Conference
10.13.2017

Judge Orders Trustee to Pay $30 Million to ESOP
03.15.2017

Greg Porter Speaking at National Forum on ERISA Litigation
02.17.2017

Bailey Glasser ERISA Group files Class Action Lawsuit Against Wilmington Trust, N.A.
01.28.2017

Judge Allows ERISA Class Action Lawsuits Against Employers Over 401(k) Plans to Proceed
01.17.2017

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Bailey Glasser Seeks Preliminary Approval of $19.8 Million ESOP Class Action Settlement
11.16.2016

Bailey Glasser Named One Of Top ERISA Firms In The Nation
11.10.2016

Bailey Glasser Wins Complete Reversal in Seventh Circuit ERISA Case
10.07.2016

Mark Boyko Quoted on ERISA 401(k) Class Action Against Edward Jones
09.06.2016

ERISA Class Action Goes Forward Against MetLife
08.26.2016

$19.8 Million ESOP Settlement Negotiated In MonaVie Case
08.23.2016

Bailey Glasser Wins Class Certification on Behalf of Mona Vie Employee Stock Ownership Plan Participants
12.11.2015

Judge Approves $11 Million Settlement With Principal Financial in ERISA Class Action
11.24.2015

Gregory Porter Quoted in NY Times Regarding Class Action Lawsuit Against Intel Corporation
11.23.2015

Bailey Glasser Files Class Action Against Intel Corporation
10.30.2015

Gregory Porter Speaking at Annual ERISA Conference
10.21.2015

Bailey Glasser Lawyers Recognized by The Best Lawyers in America 2016
08.18.2015

Bailey Glasser Settles Pair of Class Action Lawsuits for $60 Million
02.19.2015

Bailey Glasser Files $186 Million Class Action Lawsuit Against Bankers Trust
12.18.2014

# BAILEY GLASSER LLP

ERISA, EMPLOYEE BENEFITS & TRUST LITIGATION

Federal Judge Approves $12 Million Retirement Plan Class Action Settlement Against Fidelity Investments
10.17.2014

Gregory Porter to argue for final approval against Fidelity Investments
09.24.2014

Court approves $10 million settlement in ERISA class action
04.20.2014

## How Can We Help?

General Case and Matter Inquiries

# BAILEY GLASSER LLP



Partner

## Gregory Y. Porter

Washington, D.C.
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
T: 202.548.7790  F: 202.463.2103
gporter@baileyglasser.com

---

"This is a wonderful result for your clients and for everyone, and I appreciate it. It is really wonderful when a judge has such fine lawyers in front of her. Throughout this case …the quality of the work for all the parties has really been extraordinarily good…Congratulations to all of you for the fine work."

*Diebold v. Northern Trust Investments (recovered $36 million)*

---

Greg Porter has extensive trial and class action experience in complex pension, 401(k) plan, and employee stock ownership plan (ESOPs) lawsuits in federal court. Greg has led the firm's ERISA and trust practice to major trial and appellate victories, including seminal decisions in the Seventh and Fourth Circuit Courts of Appeal and a $30 million trial judgment that broke new ground for ESOPs. With co-counsel, the firm's ERISA practice won a 9-0 decision in the Supreme Court, Intel Corp v. Sulyma, that established key statute of limitations rights for employees in ERISA cases.

Greg has recovered hundreds of millions of dollars on behalf of employees who lost retirement savings in 401(k) plans and ESOPs. He understands complex financial transactions, investments, and instruments.

Greg has also developed techniques for successfully investigating and prosecuting complex lawsuits involving business valuation, securities lending, hedge funds, and private equity. He is a skilled appellate advocate who has argued appeals in the Second, Fourth, Sixth and Eighth U.S. Circuit Courts of Appeal.

**BAILEY GLASSER** LLP

GREGORY Y. PORTER

## Awards & Accolades

*Chambers USA*, Nationwide - Band One - ERISA Litigation: Mainly Plaintiffs (2022-2024)

2024 Lawdragon 500 Leading Civil Rights & Plaintiff Employment Lawyers

*Best Lawyers in America*, Litigation - ERISA and Employee Benefits (ERISA) Law, Washington, D.C. (2022 - 2025)

## Government Service / Previous Employment

United States Army, Infantry Branch

Executive Director, National Organization for the Reform of Marijuana Laws (NORML)

## Practice Areas

Appellate and Supreme Court Practice

Business Valuation

Class Actions

Commercial Litigation

COVID-19 Long-Term Disability

ERISA, Employee Benefits & Trust Litigation

Labor & Employment

## Education

J.D., University of Southern California Gould School of Law, 1996, Order of the Coif, Articles Editor, *Southern California Law Review*, Paralyzed Veterans of America Scholarship - Teaching and Research Assistant

B.A., University of Massachusetts Amherst, 1989, Winning History Department Essay (1988)

## Admissions

District of Columbia

New York

Virginia

Supreme Court of the United States

# BAILEY GLASSER LLP

GREGORY Y. PORTER

U.S. Court of Appeals for the First Circuit

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Third Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Sixth Circuit

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Eighth Circuit

U.S. Court of Appeals for the Ninth Circuit

US District Court, District of Columbia

U.S. District Court, Central District of Illinois

U.S. District Court, Northern District of Ohio

U.S. District Court, Eastern District of Virginia

## Representative Matters

- Won a $30 million trial judgment in *Brundle v. Wilmington Trust*, a case involving multiple breaches of duty by the trustee and complex valuation issues in an ESOP transaction; won a complete affirmance by the U.S. Court of Appeals for the Fourth Circuit, establishing new law on ESOPs that has been cited nationwide

- Represented Intel employees in *Sulyma v. Intel Corp*, a case claiming that retirement plan trustees lost substantial retirement savings by investing in hedge funds and private equity. In February 2020, the Supreme Court issued a unanimous decision in favor of our clients, the employees, on a key statute of limitations defense

- Obtained a precedent-setting decision by the U.S. Court of Appeals for the Seventh Circuit in *Allen v. GreatBanc Trust Co.*, which established important pleading standards in ESOP cases

- Settled an ESOP lawsuit for $19.5 million, in *Jessop v. Larsen*, working closely with the U.S. Department of Labor; yielded an average class member recovery of over $30,000

- Settled a complex securities lending action for $36 million against Northern Trust on behalf of hundreds of retirement plans across the country

- Settled a lawsuit against Franklin Templeton for $26 million where the plaintiffs alleged that Franklin Templeton stuffed its own employee 401(k) plan with Franklin Templeton mutual funds despite a conflict of interest

- Settled a lawsuit against Neuberger Berman for $17 million where the plaintiffs alleged that Neuberger pushed a low-performing and expensive proprietary mutual fund on its own

**BAILEY GLASSER** LLP

employee 401(k) plan despite a conflict of interest

- Represents employees in multiple pension plan lawsuits claiming that employers used outdated mortality tables, some 50 years old, to improperly calculate pension benefits
- Represents employees in multiple ESOP lawsuits claiming that trustees caused employees to pay more than fair market value for employer stock
- Won a trial on behalf of the defendant in *Dupree v. Prudential Insurance Company*, where the plaintiffs alleged hundreds of millions of dollars in pension losses

## News & Insights

ERISA Team Protects Retirees from Boilerplate Arbitration Demand
10.02.2024

Bailey Glasser Defeats Motion to Dismiss in $100 Million ERISA Action
09.23.2024

Bailey Glasser Attorneys Named to Best Lawyers in America Lists
08.19.2024

Bailey Glasser Partners Named to 2024 Lawdragon 500 Leading Civil Rights Lawyers
07.29.2024

Federal Appeals Court Reinforces Protection for Worker Class Action Rights in ESOP Action
07.15.2024

Bailey Glasser Receives Top Chambers & Partners Rankings in 2024
06.14.2024

Bailey Glasser Defeats Motion to Dismiss in Schwab Managed 401(k) Action
06.06.2024

Federal Appeals Court Protects Worker Class Action Rights, Rejecting Demands for Individual Arbitrations
05.09.2024

BG Files Amicus Brief on Behalf of Military Veterans
04.11.2024

Bailey Glasser Wins Partial Summary Judgment in Symbria ESOP Litigation
04.08.2024

# BAILEY GLASSER LLP

GREGORY Y. PORTER

BG ESOP Lawsuit Noted in the New York Times
02.12.2024

Law360 Covers ERISA Team's Win Over Attempted Motion to Dismiss
02.09.2024

BG Defeats Attempt to Dismiss Federal Class Action ESOP Lawsuit
02.01.2024

Bailey Glasser Lawyers Named To *The Best Lawyers in America & Best Lawyers: Ones To Watch* 2024 Guides
08.17.2023

Bailey Glasser Awarded Top Rankings in Chambers USA 2023 and Achieves Nationwide Rankings in ERISA and Product Liability Litigation
06.15.2023

New York Federal Judge Recommends Class Action Against Metropolitan Life Proceed
03.21.2023

Bailey Glasser Lawyers Named To *The Best Lawyers in America* 2023 Guide
08.18.2022

Chambers and Partners USA Honors Bailey Glasser Lawyers in 2022 USA Guide
06.06.2022

Settlement Announced in McBride ESOP Litigation
05.24.2022

Bailey Glasser Reaches $15 Million ERISA Settlement On Behalf Of Workers and Retirees of Seventy Seven Energy Corporation
04.21.2022

ERISA Claims Against ESOP Trustee and Selling Shareholder Survive Motion to Dismiss
02.04.2022

Bailey Glasser Defeats Motion to Compel Arbitration; Employee Stock Ownership Plan Lawsuit Moves Forward in New York
11.09.2021

Judge Allows Claims Against ESOP Trustee To Go Forward
11.02.2021

**BAILEY GLASSER** LLP

GREGORY Y. PORTER

Bailey Glasser ERISA Team Defeats Motion to Dismiss ESOP Lawsuit Pursuant to Arbitration Clause
09.13.2021

18 Bailey Glasser Lawyers Named To *The Best Lawyers in America* 2022 Guide
08.23.2021

Bailey Glasser Seeks Approval of $5.5 million ESOP Settlement
06.03.2021

Bailey Glasser Files Complaint on Behalf of Participants in World Travel Inc. ESOP
05.14.2021

Bailey Glasser Files Complaint on Behalf of Participant in Tharanco Group ESOP
04.30.2021

Bailey Glasser Receives Preliminary Approval on $59 Million Settlement to End ERISA Suit with Raytheon
02.25.2021

Settlement Announced in Raytheon Pension Suit
02.13.2021

Bailey Glasser Files Complaint on Behalf of Participant in EYP ESOP
01.27.2021

Bailey Glasser ERISA Team Files Amicus Curiae Brief for Public Justice
01.25.2021

Bailey Glasser Seeks Approval of $5 million ESOP Settlement
01.20.2021

Gregory Porter Speaking at ABA ERISA Virtual Program
12.15.2020

Bailey Glasser Secures Record $17 million For Retirement Plan Savers
12.02.2020

Bailey Glasser Files ERISA Class Action Lawsuit Against ESOP Trustee Argent Trust Co.
12.01.2020

Gregory Porter Speaking at ERISA Litigation Virtual Conference
11.10.2020

**BAILEY GLASSER** LLP

GREGORY Y. PORTER

Judge Allows Claims Against ESOP Trustee Argent Trust Co. To Go Forward Because Plaintiffs
Demonstrated Viable Claims
11.04.2020

Bailey Glasser Welcomes Laura Babiak to the ERISA Practice
10.12.2020

Bailey Glasser Receives Final Approval on $19.5 Million Settlement with Wilmington Trust to End
ERISA Class Action
10.02.2020

Judge Allows ERISA Class Action Against Huntington Ingalls to Proceed to Trial
09.30.2020

First In The Nation Actuarial Equivalence Case Moves Toward Trial
08.31.2020

McBride & Son Executives Must Face Lawsuit Alleging They Ripped Off Their Own Employees in
Selling Themselves the Employee Owned Company at a Steep Discount
08.25.2020

Bailey Glasser Lawyers Named to 2021 Best Lawyers
08.20.2020

Bailey Glasser Seeks Final Approval of $19.5 Million ESOP Settlement with Wilmington Trust
08.17.2020

Fourth Circuit Overturns Ruling from District Court in Gannett Company ERISA Case
08.11.2020

Bailey Glasser Receives Final Approval on $6.25 Million Settlement with Reliance Trust to End
ERISA Class Action
08.06.2020

Bailey Glasser Defeats Motions To Dismiss And Transfer On Behalf Of Nation Safe Drivers
Employees
07.21.2020

Bailey Glasser Defeats Motion To Dismiss On Behalf of St. Luke's Health System Employees
06.23.2020

# BAILEY GLASSER LLP

GREGORY Y. PORTER

Bailey Glasser Receives Final Approval for $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
06.23.2020

Bailey Glasser Announces $17 Million Settlement With Neuberger Berman To End ERISA Class Action
06.10.2020

Bailey Glasser Announces $19.5 Million Settlement With Wilmington Trust To End ERISA Class Action
04.17.2020

Bailey Glasser Announces $6.25M Settlement With Reliance Trust Co. To End ERISA Class Action Lawsuit
03.18.2020

Bailey Glasser Named Legal Lions of the Week by *Law360*
03.09.2020

Judge Allows ERISA Class Action Against Huntington Ingalls to Proceed
02.21.2020

Judge Allows ERISA Class Action Against Rockwell Automation to Proceed
02.14.2020

Gregory Porter Speaking at ABA Employee Benefits Committee Meeting
02.07.2020

ERISA Class Action Lawsuit Against Partners Healthcare Moves Forward
01.31.2020

Judge Approves $5 Million Settlement in Wilmington Trust ESOP Lawsuit
01.27.2020

Judge Approves $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
01.15.2020

Recent ERISA Related Cases Before US Supreme Court
01.09.2020

Bailey Glasser Experience With ERISA Class Actions Related to 401(k) Plans
12.27.2019

# BAILEY GLASSER LLP

US District Court Grants Class Certification in Choate v. Wilmington Trust
12.12.2019

Bailey Glasser Announces $2.4 Million Settlement With Allina Health To End ERISA Class Action
11.07.2019

Four Bailey Glasser Lawyers Appointed To Public Justice Class Action Preservation Project Committee
10.09.2019

Bailey Glasser Defeats Motion To Dismiss On Behalf of McBride & Sons Employees
10.02.2019

Bailey Glasser Wins Summary Judgment in Employee Stock Ownership Plan Dispute
08.23.2019

Bailey Glasser Attorney Gregory Porter Quoted on Groundbreaking ERISA 401(k) Arbitration Ruling
08.22.2019

Bailey Glasser Representing Pensioners in American Airlines ERISA Suit
08.13.2019

Bailey Glasser's ERISA Team Breaks New Ground
07.08.2019

Neuberger Berman Employees Notch Win In 401(k) Self-Dealing Lawsuit
05.10.2019

Bailey Glasser Wins Key Motion in Employee Stock Ownership Plan Dispute
04.03.2019

Bailey Glasser Secures Appellate Win in Employee Stock Ownership Plan Dispute
03.25.2019

Monavie – Jessop v. Larson Settlement
08.06.2018

Bailey Glasser ERISA Team Defeats Motion to Compel Arbitration of ESOP Lawsuit
07.25.2018

All My Sons Moving & Storage Lawsuit Claims Employees 'Fleeced' By ESOP Charade
07.02.2018

# BAILEY GLASSER LLP

Franklin Templeton Employees Expand Claims Involving Company 401(k) Plan
04.11.2018

Edward Jones Employees Score In Case Involving Company 401(k) Plan
03.28.2018

401(k) Participants Survive Motion to Dismiss ERISA Case Against Providence Health
03.23.2018

Bailey Glasser Defeats Motion Disputing Constitutional Standing of ESOP Participants
02.21.2018

Bailey Glasser Wins Class Certification on Behalf of The Bradford Hammacher Group, Inc. Employee
Stock Ownership Plan's Participants
02.19.2018

Federal Judge Certifies Class in Citigroup 401(k) ERISA Case
11.27.2017

Federal Judge Approves $5 Million Settlement In ERISA Case Against TIAA
10.24.2017

Phillips 66 Retirees Sue Over Investment Offerings
10.16.2017

Gregory Porter Presenting at ERISA Litigation Conference
10.13.2017

Judge Orders Trustee to Pay $30 Million to ESOP
03.15.2017

Greg Porter Speaking at National Forum on ERISA Litigation
02.17.2017

Judge Allows ERISA Class Action Lawsuits Against Employers Over 401(k) Plans to Proceed
01.17.2017

Bailey Glasser Seeks Preliminary Approval of $19.8 Million ESOP Class Action Settlement
11.16.2016

Bailey Glasser Named One Of Top ERISA Firms In The Nation
11.10.2016

# BAILEY GLASSER [LLP]

Bailey Glasser Wins Complete Reversal in Seventh Circuit ERISA Case
10.07.2016

Mark Boyko Quoted on ERISA 401(k) Class Action Against Edward Jones
09.06.2016

ERISA Class Action Goes Forward Against MetLife
08.26.2016

$19.8 Million ESOP Settlement Negotiated In MonaVie Case
08.23.2016

Bailey Glasser Wins Class Certification on Behalf of Mona Vie Employee Stock Ownership Plan Participants
12.11.2015

Judge Approves $11 Million Settlement With Principal Financial in ERISA Class Action
11.24.2015

Gregory Porter Quoted in NY Times Regarding Class Action Lawsuit Against Intel Corporation
11.23.2015

Bailey Glasser Files Class Action Against Intel Corporation
10.30.2015

Gregory Porter Speaking at Annual ERISA Conference
10.21.2015

Gregory Porter Participates in Panel Discussion on Class Actions
04.17.2015

Bailey Glasser Settles Pair of Class Action Lawsuits for $60 Million
02.19.2015

Walgreens' 'herbal supplements' don't contain herbs, testing shows
02.12.2015

Bailey Glasser Files Herbal Supplement Class Action Against Walgreens
02.12.2015

Bailey Glasser Files Herbal Supplement Class Action Against Walmart
02.09.2015

**BAILEY GLASSER** LLP

GREGORY Y. PORTER

Bailey Glasser Investigating Herbal Supplement Class Action Claims
02.07.2015

Bailey Glasser Files $186 Million Class Action Lawsuit Against Bankers Trust
12.18.2014

Federal Judge Approves $12 Million Retirement Plan Class Action Settlement Against Fidelity
Investments
10.17.2014

Gregory Porter to argue for final approval against Fidelity Investments
09.24.2014

Court approves $10 million settlement in ERISA class action
04.20.2014

## Community and Professional Activities

Employee Benefits Committee, American Bar Association's Labor and Employment Section,
Member

# BAILEY GLASSER LLP



Partner

## Ryan T. Jenny

Washington, D.C.
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
T: 202.548.7785  F: 202.463.2103
rjenny@baileyglasser.com

Ryan T. Jenny practices primarily in the area of complex employee benefits litigation, representing clients in actions brought under the Employee Retirement Income Security Act of 1974 (ERISA). He has litigated a broad range of ERISA individual and class actions at both the trial and appellate levels, with a focus on fiduciary duties and prohibited transactions.

Ryan's litigation practice includes numerous private company ESOP cases in which he represents workers claiming that fiduciary trustees caused their employee stock ownership plans (ESOPs) to overpay for private company stock. Other representative ERISA cases have focused on claims involving excessive fees, publicly traded company employer stock investment options, medical plan coverage, misrepresentation and nondisclosure, discrimination and unlawful termination intended to interfere with benefits, and the termination of retiree health benefits. Ryan has also represented multiemployer plan trustees in actions arising under the Labor Management Relations Act (LMRA).

For 20 years in the District of Columbia and New York, Ryan has litigated and counseled in the areas of ERISA, the Affordable Care Act (ACA), the Health Insurance Portability and Accountability Act (HIPAA), the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), and other employment statutes and regulations. Ryan maintains a national litigation practice, and recently litigated cases in federal courts in Illinois, Texas, Delaware, Ohio, Mississippi, Virginia, and other states.

**Pro Bono Service**

For seven years Ryan managed a team that provided pro bono representation to Holocaust survivors claiming benefits under Germany's Social Security Pension Program and German Ghetto Work Payment Program.

**BAILEY GLASSER** LLP

RYAN T. JENNY

### Government Service / Previous Employment

Law Clerk, American Psychological Association, Legal and Regulatory Affairs Department

### Practice Areas

Appellate and Supreme Court Practice

Class Actions

Consumer Litigation

ERISA, Employee Benefits & Trust Litigation

Labor & Employment

### Education

J.D., The George Washington University Law School, 1999

B.A., The University of Chicago, 1995

### Admissions

District of Columbia

New York

Supreme Court of the United States

U.S. Court of Appeals for the Second Circuit

U.S. Court of Appeals for the Third Circuit

U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the Fifth Circuit

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Eighth Circuit

U.S. District Court, District of Colorado

U.S. District Court, District of Columbia

U.S. District Court, Central District of Illinois

U.S. District Court, Northern District of Illinois

U.S. District Court, Eastern District of Michigan

# BAILEY GLASSER [LLP]

RYAN T. JENNY

U.S. District Court, Southern District of New York

U.S. District Court, Western District of New York

## Representative Matters

- Achieved a $30 million trial judgment in *Brundle v. Wilmington Trust*, a case involving breaches of ERISA duties by an ESOP trustee in a stock purchase transaction; affirmed on appeal by the U.S. Court of Appeals for the Fourth Circuit, establishing new law on ESOPs
- Established important complaint pleading standards in ESOP cases in decision by the U.S. Court of Appeals for the Seventh Circuit, in *Allen v. GreatBanc Trust Co.*
- Precedent-setting decision in *Crowley v. Corning*, one of the foundational decisions in the area of ERISA employer stock litigation

## News & Insights

ERISA Team Protects Retirees from Boilerplate Arbitration Demand
10.02.2024

Federal Appeals Court Reinforces Protection for Worker Class Action Rights in ESOP Action
07.15.2024

Federal Appeals Court Protects Worker Class Action Rights, Rejecting Demands for Individual Arbitrations
05.09.2024

Bailey Glasser Wins Partial Summary Judgment in Symbria ESOP Litigation
04.08.2024

BG ESOP Lawsuit Noted in the New York Times
02.12.2024

BG Defeats Attempt to Dismiss Federal Class Action ESOP Lawsuit
02.01.2024

Bailey Glasser Awarded Top Rankings in Chambers USA 2023 and Achieves Nationwide Rankings in ERISA and Product Liability Litigation
06.15.2023

Settlement Announced in McBride ESOP Litigation
05.24.2022

**BAILEY GLASSER** LLP

RYAN T. JENNY

ERISA Claims Against ESOP Trustee and Selling Shareholder Survive Motion to Dismiss
02.04.2022

Bailey Glasser Defeats Motion to Compel Arbitration; Employee Stock Ownership Plan Lawsuit
Moves Forward in New York
11.09.2021

Judge Allows Claims Against ESOP Trustee To Go Forward
11.02.2021

Bailey Glasser ERISA Team Defeats Motion to Dismiss ESOP Lawsuit Pursuant to Arbitration Clause
09.13.2021

Bailey Glasser Seeks Approval of $5.5 million ESOP Settlement
06.03.2021

Bailey Glasser Files Complaint on Behalf of Participants in World Travel Inc. ESOP
05.14.2021

Bailey Glasser Files Complaint on Behalf of Participant in Tharanco Group ESOP
04.30.2021

Bailey Glasser Files Complaint on Behalf of Participant in EYP ESOP
01.27.2021

Bailey Glasser ERISA Team Files Amicus Curiae Brief for Public Justice
01.25.2021

Bailey Glasser Seeks Approval of $5 million ESOP Settlement
01.20.2021

Bailey Glasser Secures Record $17 million For Retirement Plan Savers
12.02.2020

Bailey Glasser Files ERISA Class Action Lawsuit Against ESOP Trustee Argent Trust Co.
12.01.2020

Judge Allows Claims Against ESOP Trustee Argent Trust Co. To Go Forward Because Plaintiffs
Demonstrated Viable Claims
11.04.2020

Bailey Glasser Receives Final Approval on $19.5 Million Settlement with Wilmington Trust to End
ERISA Class Action
10.02.2020

# BAILEY GLASSER LLP

RYAN T. JENNY

Bailey Glasser Seeks Final Approval of $19.5 Million ESOP Settlement with Wilmington Trust
08.17.2020

Bailey Glasser Receives Final Approval on $6.25 Million Settlement with Reliance Trust to End ERISA Class Action
08.06.2020

Bailey Glasser Defeats Motions To Dismiss And Transfer On Behalf Of Nation Safe Drivers Employees
07.21.2020

Bailey Glasser Receives Final Approval for $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
06.23.2020

Bailey Glasser Announces $19.5 Million Settlement With Wilmington Trust To End ERISA Class Action
04.17.2020

Bailey Glasser Announces $6.25M Settlement With Reliance Trust Co. To End ERISA Class Action Lawsuit
03.18.2020

Judge Approves $5 Million Settlement in Wilmington Trust ESOP Lawsuit
01.27.2020

Judge Approves $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
01.15.2020

US District Court Grants Class Certification in Choate v. Wilmington Trust
12.12.2019

Bailey Glasser Wins Summary Judgment in Employee Stock Ownership Plan Dispute
08.23.2019

Bailey Glasser Wins Key Motion in Employee Stock Ownership Plan Dispute
04.03.2019

Bailey Glasser Secures Appellate Win in Employee Stock Ownership Plan Dispute
03.25.2019

Bailey Glasser ERISA Team Defeats Motion to Compel Arbitration of ESOP Lawsuit
07.25.2018

# BAILEY GLASSER LLP

RYAN T. JENNY

All My Sons Moving & Storage Lawsuit Claims Employees 'Fleeced' By ESOP Charade
07.02.2018

Bailey Glasser Defeats Motion Disputing Constitutional Standing of ESOP Participants
02.21.2018

Bailey Glasser Wins Class Certification on Behalf of The Bradford Hammacher Group, Inc. Employee Stock Ownership Plan's Participants
02.19.2018

Judge Orders Trustee to Pay $30 Million to ESOP
03.15.2017

Judge Allows ERISA Class Action Lawsuits Against Employers Over 401(k) Plans to Proceed
01.17.2017

Bailey Glasser Named One Of Top ERISA Firms In The Nation
11.10.2016

Bailey Glasser Wins Complete Reversal in Seventh Circuit ERISA Case
10.07.2016

ERISA Class Action Goes Forward Against MetLife
08.26.2016

# BAILEY GLASSER LLP



Partner

## Patrick Muench

Chicago, Illinois
318 W. Adams St.
Suite 1512
Chicago, IL 60606
T: 312.995.7143  F: 304.342.1110
pmuench@baileyglasser.com

Patrick Muench litigates complex commercial cases with emphasis on ERISA, antitrust, and oil and gas disputes. He handles all aspects of these matters from discovery through trial.

## Clerkships

Law Clerk, Hon. Robert M. Dow Jr., U.S. District Court for the Northern District of Illinois (2007 - 2009)

## Practice Areas

Business Valuation

Commercial Litigation

Energy - Oil & Gas

ERISA, Employee Benefits & Trust Litigation

Labor & Employment

## Education

J.D., University of Illinois College of Law, 2006, *cum laude,* Rickert Award for Excellence in Advocacy, Best Brief at 2006 National Environment Moot Court Competition

B.A., University of Texas at Austin, 2000

## Admissions

Illinois

**BAILEY GLASSER** LLP

PATRICK MUENCH

U.S. Court of Appeals for the Fourth Circuit

U.S. District Court, Northern District of Illinois

## Representative Matters

- Won a $30 million trial judgment in *Brundle v. Wilmington Trust,* a case involving multiple breaches of duty by the trustee and complex valuation issues in an ESOP transaction; won a complete affirmance by the U.S. Court of Appeals for the Fourth Circuit, establishing new law on ESOPs that has been cited nationwide

- Represented the FDIC in its capacity as receiver of Colonial Bank; case resolved favorably to the FDIC as part of a multi-case, multi-agency settlement for $16.65 billion, the largest single-company settlement in U.S. history

## News & Insights

Bailey Glasser Wins Partial Summary Judgment in Symbria ESOP Litigation
04.08.2024

BG ESOP Lawsuit Noted in the New York Times
02.12.2024

BG Defeats Attempt to Dismiss Federal Class Action ESOP Lawsuit
02.01.2024

ERISA Partner Patrick Muench a Panelist on ABA's ERISA Litigation Virtual Webinar
12.11.2023

Bailey Glasser Awarded Top Rankings in Chambers USA 2023 and Achieves Nationwide Rankings in ERISA and Product Liability Litigation
06.15.2023

Settlement Announced in McBride ESOP Litigation
05.24.2022

ERISA Claims Against ESOP Trustee and Selling Shareholder Survive Motion to Dismiss
02.04.2022

Bailey Glasser Defeats Motion to Compel Arbitration; Employee Stock Ownership Plan Lawsuit Moves Forward in New York
11.09.2021

# BAILEY GLASSER [LLP]

Judge Allows Claims Against ESOP Trustee To Go Forward
11.02.2021

Bailey Glasser ERISA Team Defeats Motion to Dismiss ESOP Lawsuit Pursuant to Arbitration Clause
09.13.2021

Bailey Glasser Seeks Approval of $5.5 million ESOP Settlement
06.03.2021

Bailey Glasser Files Complaint on Behalf of Participant in EYP ESOP
01.27.2021

Bailey Glasser Seeks Approval of $5 million ESOP Settlement
01.20.2021

Patrick Muench Speaking at ABA ERISA Virtual Program
01.14.2021

Bailey Glasser Files ERISA Class Action Lawsuit Against ESOP Trustee Argent Trust Co.
12.01.2020

Judge Allows Claims Against ESOP Trustee Argent Trust Co. To Go Forward Because Plaintiffs
Demonstrated Viable Claims
11.04.2020

Bailey Glasser Receives Final Approval on $19.5 Million Settlement with Wilmington Trust to End
ERISA Class Action
10.02.2020

McBride & Son Executives Must Face Lawsuit Alleging They Ripped Off Their Own Employees in
Selling Themselves the Employee Owned Company at a Steep Discount
08.25.2020

Bailey Glasser Seeks Final Approval of $19.5 Million ESOP Settlement with Wilmington Trust
08.17.2020

Bailey Glasser Receives Final Approval on $6.25 Million Settlement with Reliance Trust to End
ERISA Class Action
08.06.2020

Bailey Glasser Defeats Motions To Dismiss And Transfer On Behalf Of Nation Safe Drivers
Employees
07.21.2020

# BAILEY GLASSER LLP

Bailey Glasser Receives Final Approval for $13 Million Settlement to End Bradford Hammacher ESOP Lawsuit
06.23.2020

Bailey Glasser Announces $19.5 Million Settlement With Wilmington Trust To End ERISA Class Action
04.17.2020

Bailey Glasser Announces $6.25M Settlement With Reliance Trust Co. To End ERISA Class Action Lawsuit
03.18.2020

Bailey Glasser Announces Promotions for 2020
02.04.2020

Bailey Glasser Wins Summary Judgment in Employee Stock Ownership Plan Dispute
08.23.2019

Bailey Glasser Wins Key Motion in Employee Stock Ownership Plan Dispute
04.03.2019

Bailey Glasser Defeats Motion Disputing Constitutional Standing of ESOP Participants
02.21.2018

Bailey Glasser Wins Class Certification on Behalf of The Bradford Hammacher Group, Inc. Employee Stock Ownership Plan's Participants
02.19.2018

Judge Orders Trustee to Pay $30 Million to ESOP
03.15.2017

Bailey Glasser Wins Complete Reversal in Seventh Circuit ERISA Case
10.07.2016

FDIC settles suit with Bank of America as Part of Largest Single-Company Settlement in US History
08.22.2014

## Community and Professional Activities

Illinois State Bar Association

# BAILEY GLASSER LLP



Attorney

## Laura Babiak

Charleston, WV
209 Capitol Street
Charleston, WV 25301
T: 304.345.6555  F: 304.342.1110
lbabiak@baileyglasser.com

Laura Babiak represents clients in complex pension, 401(k) plan, and employee stock ownership plan matters. Laura also handles matters related to the denial of long-term disability benefits for people impacted by COVID-19, including individuals who are immunocompromised or have other issues that impact their ability to be in-person at workplaces, or who have long-haul COVID.

Laura is a *Best Lawyers Ones to Watch*, Employee Benefits (ERISA) Law (Charleston, West Virginia 2024), as well as a *Super Lawyers Rising Star* in Employee Benefits (West Virginia, 2023 and 2024), and a *National Trial Lawyers*, "Top 40 Under 40" (2023 and 2024).

Before joining Bailey Glasser, Laura worked as a student clinician in West Virginia University College of Law's United States Supreme Court Clinic, representing clients on appeals before the U.S. Court of Appeals for the Fourth Circuit and the U.S. Supreme Court.

## Awards & Accolades

*Best Lawyers Ones to Watch*, Employee Benefits (ERISA) Law, Charleston, WV (2024 and 2025)
*Super Lawyers*, West Virginia, "Rising Star," Employee Benefits (2023 and 2024)
*National Trial Lawyers*, "Top 40 Under 40" (2023 and 2024)

## Clerkships

Law Clerk, Honorable John T. Copenhaver, Jr., U.S. District Court for the Southern District of West Virginia (2019-2020)

# BAILEY GLASSER LLP

LAURA BABIAK

## Practice Areas

Appellate and Supreme Court Practice

Arbitration & Dispute Resolution

Class Actions

COVID-19 Long-Term Disability

ERISA, Employee Benefits & Trust Litigation

Labor & Employment

Title IX

## Education

J.D., West Virginia University College of Law, 2019, Order of the Coif

B.S., West Virginia University, 2016, summa cum laude

## Admissions

West Virginia

U.S. District Court, Southern District of West Virginia

## Representative Matters

- Represented surgeon in federal case against Unum related to COVID-19 and the denial of long-term disability benefits under an ERISA long-term disability plan.

## News & Insights

BG Wins Summary Judgment in Complex Mining and Lease Dispute
10.14.2024

ERISA Team Protects Retirees from Boilerplate Arbitration Demand
10.02.2024

Bailey Glasser Attorneys Named to Best Lawyers in America Lists
08.19.2024

Bailey Glasser Wins Partial Summary Judgment in Symbria ESOP Litigation
04.08.2024

# BAILEY GLASSER  LLP

LAURA BABIAK

BG ESOP Lawsuit Noted in the New York Times
02.12.2024

Law360 Covers ERISA Team's Win Over Attempted Motion to Dismiss
02.09.2024

BG Defeats Attempt to Dismiss Federal Class Action ESOP Lawsuit
02.01.2024

Ms. Magazine Profiles Title IX Lawsuit Against the University of Oregon
12.15.2023

Female Student-Athletes File Title IX Sex Discrimination Class Action Against University of Oregon
12.01.2023

Bailey Glasser Lawyers Named To *The Best Lawyers in America & Best Lawyers: Ones To Watch* 2024 Guides
08.17.2023

Bailey Glasser Awarded Top Rankings in Chambers USA 2023 and Achieves Nationwide Rankings in ERISA and Product Liability Litigation
06.15.2023

Justice Prevails Again: Bailey Glasser Secures Another Win for Governor's Pandemic Response
06.21.2022

Male & Female Student-Athletes Win Historic Title IX Sex Discrimination Settlements with Clemson University
04.22.2021

Justice Prevails for A Fourth Time: Bailey Glasser Secures Another Win for Governor's Pandemic Response
12.03.2020

Justice Prevails Again: Bailey Glasser Secures Win on Behalf of Governor
10.27.2020

Bailey Glasser Welcomes Laura Babiak to the ERISA Practice
10.12.2020