# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>Defendants. | Case No. 3:20-cv-01358-E |

## MOTION FOR LEAVE TO EXCEED WORD LIMIT

Plaintiffs Jason Coleman and Jessica Casey ("Plaintiffs"), on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, move for leave to exceed the word limit in *Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Preliminary Approval of Settlement and Certification of Settlement Class* (ECF No. 140). Defendants do not oppose this motion.

Paragraph II-A of the *Procedures for Cases Assigned to Judge Ada Brown & Standing Order* contains a limit of 6,250 words for any motion.

*Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Preliminary Approval of Settlement and Certification of Settlement Class* contains 7,189 words. It is really two motions—one for preliminary approval of settlement, and one for certification of settlement class—combined into one motion. Because both motions relate to the proposed settlement of this action, Plaintiffs believe the Court should consider them together in one document. But to do so Plaintiffs need leave to exceed the word limit. Unfortunately, due to the complexity of the motion, Plaintiffs were unable to get the motion below the word limit.

Alternatively, Plaintiffs could separate the attached motion into two documents, neither of which would exceed the word limit. But because both motions would need to be considered together anyway, Plaintiffs believe this approach would be less efficient.

For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to exceed the word limit in *Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Preliminary Approval of Settlement and Certification of Settlement Class*.

Dated:  January 9, 2025　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: */s/ John S. "Jack" Edwards, Jr.*
　　　　　　　　　　　　　　　　　　　　John S. "Jack" Edwards, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24040851
　　　　　　　　　　　　　　　　　　　　Thomas R. Ajamie
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00952400
　　　　　　　　　　　　　　　　　　　　**AJAMIE LLP**
　　　　　　　　　　　　　　　　　　　　Pennzoil Place - South Tower
　　　　　　　　　　　　　　　　　　　　711 Louisiana, Suite 2150
　　　　　　　　　　　　　　　　　　　　Houston, TX  77002
　　　　　　　　　　　　　　　　　　　　Tel: (713) 860-1600
　　　　　　　　　　　　　　　　　　　　Fax: (713) 860-1699
　　　　　　　　　　　　　　　　　　　　tajamie@ajamie.com
　　　　　　　　　　　　　　　　　　　　jedwards@ajamie.com

　　　　　　　　　　　　　　　　　　　　J. Douglas Uloth
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 20273700
　　　　　　　　　　　　　　　　　　　　Of Counsel
　　　　　　　　　　　　　　　　　　　　**AJAMIE LLP**
　　　　　　　　　　　　　　　　　　　　5080 Spectrum Drive, Suite 1000 East
　　　　　　　　　　　　　　　　　　　　Addison, TX  75001-4648
　　　　　　　　　　　　　　　　　　　　Tel: (469) 791-0411
　　　　　　　　　　　　　　　　　　　　Fax: (888) 780-5946
　　　　　　　　　　　　　　　　　　　　douguloth@ulothlaw.com

　　　　　　　　　　　　　　　　　　　　Gregory Y. Porter (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Ryan T. Jenny (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　James Kauffman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Alexandra Langley Serber (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**BAILEY & GLASSER LLP**
　　　　　　　　　　　　　　　　　　　　1055 Thomas Jefferson St., NW, Suite 540
　　　　　　　　　　　　　　　　　　　　Washington, DC  20007
　　　　　　　　　　　　　　　　　　　　Tel: (202) 463-2101
　　　　　　　　　　　　　　　　　　　　Fax: (202) 463-2103
　　　　　　　　　　　　　　　　　　　　gporter@baileyglasser.com

>rjenny@baileyglasser.com
>jkauffman@baileyglasser.com
>aserber@baileyglasser.com
>
>*Attorneys for Plaintiffs Jason Coleman & Jessica Casey*

## CERTIFICATE OF CONFERENCE

On January 9, 2025, I personally discussed by email the relief requested in Plaintiffs' motion to for leave to exceed word limit with (1) Lindsay Camp, counsel for Defendants Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Nick Bouras, Sterling Investment Partners III, L.P., Nicole Petersen 2012 Irrevocable Trust, and Brooke Peterson 2012 Irrevocable Trust; and (2) Peter Allport, counsel for Defendant Neil Brozen. Both stated that the defendants in this case are not opposed to the relief sought in this motion.

>*/s/ John S. "Jack" Edwards, Jr.*
>John S. "Jack" Edwards, Jr.

4

## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2025, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.
