IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>    Defendants. | Case No. 3:20-cv-01358-E |

## ORDER GRANTING
## MOTION FOR LEAVE TO EXCEED WORD LIMIT

After considering *Plaintiffs' Motion for Leave to Exceed Word Limit*, the Court:

1) **GRANTS** *Plaintiffs' Motion for Leave to Exceed Word Limit*; and

2) **ORDERS** that *Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Preliminary Approval of Settlement and Certification of Settlement Class* may exceed the word limit.

                  _____
                  Ada Brown
                  UNITED STATES DISTRICT JUDGE