IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | § § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:20-cv-01358-E |
| v. | § § | |
| NEIL M. BROZEN, *et al.*, | § § | |
| *Defendants*. | § § | |

## **NOTICE OF FILING OF PROPOSED GLOBAL SETTLEMENT AGREEMENT**

Thomas R. Ajamie
John S. "Jack" Edwards, Jr.
**AJAMIE LLP**
Pennzoil Place - South Tower
711 Louisiana, Ste 2150
Houston, TX 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
James Kauffman (*pro hac vice*)
Alexandra Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St., Ste 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
jkauffman@baileyglasser.com
aserber@baileyglasser.com

*Attorneys for Plaintiffs Jason Coleman & Jessica Casey*

Micah Randall Prude
Micah.prude@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh St., Ste 1500
Dallas, Texas 75201
Telephone: (214) 969-1795
Facsimile: (214) 880-3113

Todd D. Wozniak (admitted *pro hac vice*)
todd.wozniak@hklaw.com
Lindsey R. Camp (admitted *pro hac vice*)
lindsey.camp@hklaw.com
**HOLLAND & KNIGHT, LLP**
1180 West Peachtree St. NW
Atlanta, Georgia 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470

*ATTORNEYS FOR DEFENDANTS ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, AND BROOKE PETERSON 2012 IRREVOCABLE TRUST*

PLEASE TAKE NOTICE that on **February 20, 2025**, I filed with the Clerk of the United States District Court for the Northern District of Texas, Dallas Division, via the CM/ECF system, a Notice of Filing of Proposed Global Settlement Agreement and its referenced document, the Global Settlement Agreement and accompanying exhibits entered into between the parties in this matter.

                                                  Respectfully submitted,

                                      By: */s/ Peter B. Allport*
                                          Attorney for Defendant Neil M. Brozen

Nicole Figueroa
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8081
Facsimile: (972) 232-3098
Email: *nfigueroa@mwe.com*

J. Christian Nemeth (*admitted pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: *jcnemeth@mwe.com*

Peter B. Allport (*admitted pro hac vice*)
LEVIN SCHREDER & CAREY LTD.
120 North LaSalle Street, Floor 38
Chicago, IL 60602
Telephone:  (312) 332-6300
Facsimile:  (312) 332-6393
Email:  *pallport@lsclaw.com*

## CERTIFICATE OF SERVICE

      I, Peter B. Allport, hereby certify that on **February 20, 2025**, I electronically filed this Notice of Filing of Proposed Global Settlement Agreement with the Clerk of the United States District Court for the Northern District of Texas by using the CM/ECF system, which will send a notice of electronic filing for such filing to all counsel of record.

/s/ *Peter B. Allport*
1206182.2