IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON COLEMAN et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-CV-01358-E |
| NEIL M BROZEN et al., | § § § | |
| Defendants. | § § § | |

### ORDER RESETTING HEARING

This Court hereby ORDERS that at 10:30 a.m. on Tuesday, July 22, 2025, in Courtroom 1310 of the United States District Court for the Northern District of Texas, 1100 Commerce Street, Dallas, Texas 75242-1003, this Court will hold an in-person Fairness Hearing. Therefore, the Hearing previously set for 2:00 p.m. on Tuesday, July 22, 2025, is hereby CANCELLED. (ECF No. 146).

The Court will determine, at this hearing, whether: (a) the Court should approve the Settlement as fair, reasonable, and adequate; (b) the Court should enter the Final Approval Order; and (c) the Court should approve the application for Attorneys' Fees and Costs, Case Contribution Awards, and Administrative Expenses.

**SO ORDERED:** this 19th day of May, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE