# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>Defendants. | Case No. 3:20-CV-01358-E |

**CERTIFICATE OF CONFERENCE**

I certify that counsel has complied with the meet-and-confer requirement in Local Rule 7.1. On June 4, 2025, Class Counsel personally discussed by email the relief requested in Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law for Final Approval of Settlement and Certification of Settlement Class with defense counsel, who all stated that Defendants are not opposed to the relief sought in this motion.

Dated: June 6, 2025

*/s/ Patrick O. Muench*
Patrick Muench
Bailey & Glasser LLP
318 W Adams St
Suite 1512
Chicago, IL 60606
Phone: 312-500-8680
Fax: 304-342-1110
Email: pmuench@baileyglasser.com

1

Phone: 202-463-2101
Fax: 202-463-2103
Email: gporter@baileyglasser.com
      rjenny@baileyglasser.com

Gregory Y. Porter
Ryan T. Jenny
James L. Kaufman
Bailey & Glasser, LLP
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007


J Douglas Uloth
**Uloth, P.C.**
5080 Spectrum Drive
Suite 1000 East
Addison, TX 75001
Phone: 469-791-0411
Fax: 888-780-5946
Email: douguloth@ulothlaw.com

John Saul Edwards, Jr
Ajamie LLP
711 Louisiana Street
Suite 2150
Houston, TX 77002
Phone: 713-860-1600
Fax: 713-860-1699
Email: jedwards@ajamie.com

Thomas R Ajamie
Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002
Phone: 713-860-1600
Fax: 713-860-1699
Email: tajamie@ajamie.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June 2025, a copy of the foregoing document was served on all counsel of record via ECF.

*/s/ Patrick O. Muench*
Patrick O. Muench