UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

JASON COLEMAN, et al. §
    *Plaintiff* §
§
§
  v. § Case No. 3:20-cv-01358-E
§
§
NEIL M. BROZEN, et al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Bailey & Glasser, LLP_____, with offices at

209 Capitol Street_____
(Street Address)

Chicago_____  West Virginia_____ 25301_____
(City)            (State)     (Zip Code)

304-345-6555_____  304-342-1110_____
(Telephone No.)        (Fax No.)

II. Applicant will sign all filings with the name Laura E. Babiak_____.

III. Applicant has been retained personally or as a member of the above-named firm by:
            (List All Parties Represented)
Plaintiffs, JASON COLEMAN and JESSICA CASEY

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____West Virginia_____, where Applicant regularly practices law.

Bar license number: 13581          Admission date:_____

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for SDWV | 10/30/2019 | Active |
| U.S. District Court EDMI | 6/28/2024 | Active |
| U.S. District Court NDWV | 12/16/2024 | Active |
| U.S. Court of Appeals for 11th Cir. | 12/10/2024 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 AJAMIE, LLP_____, who has offices at

 711 Louisiana Street, Suite 2150_____
(Street Address)

 Houston_____   TX_____   77002_____
(City)                             (State)         (Zip Code)

 713-860-1600_____   713-860-1699_____
(Telephone No.)                         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   21st   day of July_____, 2025____.

 Laura E. Babiak_____
Printed Name of Applicant

*/s/ Laura Babiak*_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.