# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Laura Elizabeth Babiak - WVSB ID# 13581**

This is to certify that, according to the records of the West Virginia State Bar, Laura Elizabeth Babiak, of CHARLESTON, WV, was admitted to practice law by the Supreme Court of Appeals of WV on October 30, 2019.

According to the records of the West Virginia State Bar, as of July 18, 2025, Laura Elizabeth Babiak is currently an Active Attorney Member in good standing with the West Virginia State Bar.

Mary Jane Pickens, Esquire

Executive Director

The West Virginia State Bar