IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON COLEMAN and JESSICA CASEY, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>NEIL M. BROZEN, ROBERT PETERSON, JR., VASILIA PETERSON, MIKE PAXTON, NICK BOURAS, STERLING INVESTMENT PARTNERS III, L.P., NICOLE PETERSON 2012 IRREVOCABLE TRUST, and BROOKE PETERSON 2012 IRREVOCABLE TRUST,<br><br>**Defendants.** | Case No. 3:20-CV-01358-E |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSE REIMBURSEMENT, SETTLEMENT ADMINISTRATION EXPENSES, AND CASE CONTRIBUTION AWARDS**

After considering Plaintiffs' Motion for Attorneys' Fees and Expense Reimbursement, Settlement Administration Expenses, and Case Contribution Awards, the Court:

GRANTS Plaintiffs' Motion for Attorneys' Fees and Expense Reimbursement, Settlement Administration Expenses, and Case Contribution Awards (ECF No. 149);

ORDERS that Class Counsel is entitled to an award of reasonable attorneys' fees in the amount of $1,909,090.90;

ORDERS that Class Counsel is entitled to reimbursement of $62,366.91 in litigation costs;

ORDERS that Plaintiff Jason Coleman is entitled to a Case Contribution Award of

$20,000 for his work on behalf of the Settlement Class; and

ORDERS that Plaintiff Jessica Casey is entitled to a Case Contribution Award of $20,000 for her work on behalf of the Settlement Class.

**SO ORDERED: this 13th day of August, 2025.**

Ada Brown
UNITED STATES DISTRICT JUDGE